# FILED

02/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0426

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## Supreme Court Cause No. DA 21-0426

| | |
|---|---|
| FLYING T RANCH, LLC., | |
| Plaintiff and Appellee, | **ORDER EXTENDING** |
| | **DEADLINE TO FILE** |
| v. | **FLYING T'S ANSWER BRIEF** |
| CATLIN RANCH, LP., | |
| Defendant and Appellant, | |
| MEAGHER COUNTY BY & THROUGH ITS COMMISSION, SCOTT JACKSON, LYNN JACKSON, DEBRA WILLIAMS, LISA ANDERSON, BERT WILLIAMS & CONNIE HIX, | |
| Defendants, | |
| CATLIN RANCH, LP, | |
| Cross-Claimant & Appellant, | |
| v. | |
| DEBRA WILLIAMS, LISA ANDERSON, BERT WILLIAMS, and CONNIE HIX, | |
| Cross-Claim Defendants and Appellees. | |

1

BEFORE the Court is Appellee, Flying T Ranch's first motion to extend the deadline to file its Answer Brief. It is unopposed by the other parties. For good cause shown, it is hereby ORDERED:

The deadline for Appellee, Flying T Ranch, LLC to file its Answer Brief is extended to and including April 11, 2022.

DATED this _____ day of _____, 2022.


_____
Hon. Chief Justice Mike McGrath

c:

Rachel A. Taylor
Hanna Warhank
Matt Williams
Vuko J. Voyich
Kelly Voyich
Susan Swimley
Jim Lippert

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 28 2022